# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v** : | **3:CR-13-102** |
| **RICHARD MURPHY,** : | **(Judge Mannion)** |
| **Defendant** : | |

## O R D E R

Presently before the court is the defendant's request to withdraw his motion for detention hearing and pretrial release. The request is **GRANTED**. The detention hearing scheduled for Monday, August 26, 2013 is **CANCELLED.**

*s/Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated: August 23, 2013

O:\Mannion\shared\ORDERS - DJ\CRIMINAL ORDERS\2013 CRIMINAL ORDERS\13-102-17rm.wpd